■ DEBRA HALPERN, an Infant by NORMAN HALPERN, Her Father, et al., Respondents, v JOEL SCHIFFMILLER, Appellant. — Order of the Supreme Court, Queens County (Dufficy, J.), dated July 30, 1981, affirmed, with $50 costs and disbursements. (See *Pataki v Kiseda,* 80 AD2d 100.) Defendant's time to furnish the accident report is extended until 20 days after service upon him of a copy of the order to be made hereon, with notice of entry. Titone, J. P., Weinstein, O'Connor and Rubin, JJ., concur.

■ LOUIS HERZBERG, Individually and as Parent and Natural Guardian of SCHLOMO A. HERZBERG, an Infant, et al., Appellants, v TOWN OF RAMAPO, Respondent. — In an action to recover damages for personal injuries, etc., plaintiffs appeal from an order of the Supreme Court, Rockland County (Cerrato, J.), dated January 14, 1981, granting defendant's motion to dismiss the complaint for failure to state a cause of action. Order reversed, without costs or disbursements, and defendant's motion denied (see *Muallem v City of New York,* 82 AD2d 420). Thompson, J. P., Brown, Niehoff and Boyers, JJ., concur.